Martin L. Welsh, Esq.
Nevada Bar No. 8720
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Telephone: (702) 434-3444
Email: mwelsh@lvlaw.com

Yongyuan "Henry" Li, Esq.
(*Pro Hac Vice forthcoming*-CA Bar No. 348954)
YK LAW LLP
445 S Figueroa Street, Ste. 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: hli@yklaw.us

*Attorneys for Defendant*
UREVO WELLNESS US CO. LTD.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAYE E. MANCINI, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>UREVO WELLNESS US CO. LTD., a Foreign Limited-Liability Company; DOE INDIVIDUAL TREADMILL MANUFACTURERS, I through X, inclusive; ROE ENTITY TREADMILL MANUFACTURERS, I through X, inclusive; DOE INDIVIDUAL TREADMILL RETAILERS, I through X, inclusive; ROE ENTITY TREADMILL RETAILERS, I through X, inclusive; DOE INDIVIDUALS, I through X, inclusive; ROE ENTITIES, I through X, inclusive,<br><br>*Defendants*. | Case No.: 2:26-cv-03250-GMN-BNW<br><br>(Removed from the Eighth Judicial District Court, Clark County, Nevada, Case No. A-26-955526-C, Dept. 24)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT UREVO WELLNESS US CO. LTD. TO FILE A RESPONSIVE PLEADING (First Request)**<br><br>Complaint Filed: August 31, 2026<br>Removed: October 2, 2026<br><br>Current Response Deadline: October 9, 2026<br>Proposed Response Deadline: November 9, 2026 |

TO THE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

Plaintiff Jaye E. Mancini ("Plaintiff") and Defendant UREVO Wellness US Co. Ltd. ("Urevo") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and

respectfully request, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), LR IA 6-1, LR IA 6-2, and LR 7-1, that the Court extend Urevo's deadline to file a responsive pleading to Plaintiff's Complaint from October 9, 2026, to November 9, 2026. This is the first request to extend this deadline. In support of this Stipulation, the Parties state as follows:

1. On August 31, 2026, Plaintiff filed her Complaint and Demand for Jury Trial in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-26-955526-C.

2. Urevo's registered agent was served with the Summons and Complaint on September 2, 2026.

3. On September 21, 2026, shortly after being retained, Urevo's counsel wrote to Plaintiff's counsel requesting an extension of Urevo's time to file a responsive pleading, explaining that counsel needed time to review the case, secure Nevada local counsel, and apply for admission pro hac vice. On September 22, 2026, following a telephone conference between counsel, Plaintiff's counsel confirmed by email that Plaintiff agreed to a 45-day extension of Urevo's time to file a responsive pleading.

4. On October 2, 2026, Urevo removed the action to this Court. (ECF No. 1.) Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Urevo's deadline to file a responsive pleading is currently October 9, 2026.

5. Following removal, counsel for Plaintiff and Urevo conferred on October 6, 2026, and confirmed their agreement to extend Urevo's deadline to file a responsive pleading to November 9, 2026, subject to this Court's approval. No prior extension of this deadline has been granted by this Court or by the state court.

6. Good cause exists for the requested extension. Urevo's counsel were retained on September 21, 2026, and have since devoted substantial time to securing Nevada local counsel and timely removing this action to federal court. Additional time is necessary for counsel to investigate the allegations, review relevant documents, and prepare an appropriate responsive pleading. The requested extension will allow counsel to complete these tasks in an orderly manner and promote the efficient resolution of this action.

7. This Stipulation is made in good faith and not for the purpose of delay. The requested extension does not affect any other deadline set by the Court, including the deadlines set forth in the Court's Minute Order of October 6, 2026 (ECF No. 2).

8. This Stipulation is entered into without prejudice to, and without waiver of, any rights, defenses, or objections available to either Party.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Urevo, through their respective counsel of record, and subject to the Court's approval, that Urevo shall have up to and including November 9, 2026, to file a responsive pleading to Plaintiff's Complaint.

IT IS SO STIPULATED.

DATED: October 9, 2026

**EGLET LAW**

*/s/ Nathan E. Swanis* .
NATHAN E. SWANIS, ESQ.
Nevada Bar No. 16996
350 South Rampart Blvd., Suite 310
Las Vegas, Nevada 89145
Telephone: (702) 450-5400
eservice@egletlaw.com

*Attorneys for Plaintiff*
*JAYE E. MANCINI*

DATED: October 9, 2026

**LAW OFFICE OF HAYES & WELSH**

*/s/ Martin L. Welsh* .
MARTIN L. WELSH, ESQ.
Nevada Bar No. 8720
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Telephone: (702) 434-3444

**YK LAW LLP**

*/s/ Yongyuan Li* .
YONGYUAN "HENRY" LI, ESQ.
(*Pro Hac Vice forthcoming*)
445 S. Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970

*Attorneys for Defendant*
*UREVO WELLNESS US CO. LTD.*

**ATTESTATION OF SIGNATURES**

Pursuant to LR IC 5-1, the filer of this document attests that each of the other signatories listed above, including Nathan E. Swanis, Esq., counsel for Plaintiff, and Yongyuan "Henry" Li, Esq., counsel

for Urevo, has concurred in the content of this document and has authorized the filer to affix his electronic signature hereto.

*/s/ Martin L. Welsh*
MARTIN L. WELSH, ESQ.

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: October 13, 2026

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of the Law Office of Hayes & Welsh, and that on October 9, 2026, I electronically filed the foregoing ***STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT UREVO WELLNESS US CO. LTD. TO FILE A RESPONSIVE PLEADING (First Request)*** with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, including the following:

Robert T. Eglet, Esq.
Joseph J. Troiano, Esq.
Nathan E. Swanis, Esq.
EGLET LAW
350 South Rampart Blvd., Suite 310
Las Vegas, Nevada 89145
eservice@egletlaw.com

G. Dallas Horton, Esq.
David L. Thomas, Esq.
G. DALLAS HORTON & ASSOCIATES
4435 South Eastern Avenue
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

By: */s/ Kathleen Bratton*
An employee of the Law Office of Hayes & Welsh